**LAW OFFICES OF NOLAN KLEIN, P.A.**                    ATTORNEYS & COUNSELORS

**1213 SE THIRD AVENUE**
**FORT LAUDERDALE, FL 33316**
**PH: (954) 745-0588**

www.nklegal.com                                        **Nolan Klein, Esq.**
                                                       **klein@nklegal.com**

December 12, 2025

**VIA ECF**
Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:**   ***Hernandez v. CZS Group, LLC***
> ***EDNY Case No.: 1:25-cv-05714***

Dear Judge Cogan,

Defendant hereby notifies this Court that a settlement in principle has been reached in the above-captioned matter. Counsel are in the process of finalizing settlement and request sixty (60) days for Plaintiff to file a Notice of Dismissal with Prejudice, or, in the alternative, to request that the case be restored to the active docket.

We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:   */s/ Nolan K. Klein*
      NOLAN K. KLEIN
      (NK4223)

NKK/amd
cc:  Rami Salim, Esq. (via ECF)